IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAUL SOUPHANGTHONG,

      Petitioner,

vs.                                  CASE NO. 5:07cv11/RS-AK

JAMES R. MCDONOUGH,

      Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is denied.

3. This case is dismissed with prejudice.

4. The clerk is directed to close the file.

**ORDERED** on May 19, 2008.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**